## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**ASHLEY HUTCHINSON-HARPER, et al**                **CIVIL ACTION**

**VERSUS**                                         **NO.  22-1271**

**JEFFERSON PARISH SCHOOL BOARD, ET AL**           **SECTION "T" (4)**

### ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Joseph P. Lopinto, III, in his official capacity as Sheriff of Jefferson Parish, who, in response to the Plaintiffs' Complaint for Injunctive Relief, Declaratory Relief and Damages, respectfully submits the following:

### FIRST DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

### SECOND DEFENSE

All of the acts and actions taken by the Defendant therein were reasonable under the circumstances and do not support a claim under a theory of vicarious liability or *respondeat superior*.

**THIRD DEFENSE**

That the Plaintiffs' minor child, by virtue of his own actions and conduct, was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

**FOURTH DEFENSE**

The Court is without jurisdiction in this matter inasmuch as the amount in controversy, exclusive of interest and costs, does not exceed the sum and value of $75,000.00.

**FIFTH DEFENSE**

The Court is without jurisdiction as to all claims asserted by the Plaintiffs in this matter inasmuch as the Complaint fails to state a proper claim for relief under the Constitution of the United States or any United States statute.

**SIXTH DEFENSE**

All of the acts and actions taken by the Defendant herein were reasonable under the circumstances and were taken pursuant to valid and constitutional policies and in no way provide any basis for any claim under *Monell*.

**SEVENTH DEFENSE**

Defendant further submits that the claims of the Plaintiffs are frivolous, groundless and unreasonable and, as such, the Defendant is entitled to an award against the Plaintiffs for all attorney's fees and costs expended in this matter pursuant to 42 USC 1983.

**EIGHTH DEFENSE**

Defendant affirmatively pleads qualified immunity and any other applicable immunities and/or limitations of liability as provided for in the Constitution and laws of the United States

and the Constitution and laws of the State of Louisiana, including but not limited to the discretionary immunity provided in La. R.S. 9:2798.1.

### NINTH DEFENSE

Any and all damages and/or injuries sustained or incurred by the Plaintiffs and/or Plaintiffs' minor were the fault of individuals and/or entities over whom the Defendant has no control.

### TENTH DEFENSE

That any actions taken by the Defendant were taken in good faith, with probable cause, without malice and under laws believed to be constitutional, thereby entitling the Defendant to the defense of qualified immunity.

### ELEVENTH DEFENSE

That the sole and proximate cause of any injuries and/or damages alleged sustained herein were the actions and/or inactions of the Plaintiffs' minor, which actions and/or inactions are affirmatively pled in bar of/reduction of any recovery herein.

### TWELFTH DEFENSE

And now, Defendant responds to the allegations of the Plaintiffs' Complaint, paragraph by paragraph, as follows:

I.

The allegations contained in paragraph 1 require no answer.

II.

The allegations contained in paragraph 2 are denied for lack of sufficient information upon which to justify a belief therein.

III.

The allegations contained in paragraph 3 are denied for lack of sufficient information upon which to justify a belief therein.

IV.

The allegations contained in paragraph 4 are denied for lack of sufficient information upon which to justify a belief therein.

V.

The allegations contained in paragraph 5 are denied as written.

VI.

The allegations contained in paragraph 6 are denied for lack of sufficient information upon which to justify a belief therein.

VII.

The allegations contained in paragraph 7 are denied.

VIII.

The allegations contained in paragraph 8 are denied.

IX.

The allegations contained in paragraph 9 are denied for lack of sufficient information upon which to justify a belief therein.

X.

The allegations contained in paragraph 10 are admitted.

XI.

The allegations contained in paragraph 11 are denied as written.

XII.

The allegations contained in paragraph 12 are denied for lack of sufficient information upon which to justify a belief therein.

XIII.

The allegations contained in paragraph 13 are denied.

XIV.

The allegations contained in paragraph 14 require no answer; however, in an abundance of caution, those allegations are denied.

XV.

The allegations contained in paragraph 15 require no answer; however, in an abundance of caution, those allegations are denied.

XVI.

The allegations contained in paragraph 16 require no answer.

XVII.

The allegations contained in paragraph 17are admitted.

XVIII.

The allegations contained in paragraph 18 are admitted.

XIX.

The allegations contained in paragraph 19 are denied.

XX.

The allegations contained in paragraph 20 are admitted.

XXI.

The allegations contained in paragraph 21 are denied for lack of sufficient information upon which to justify a belief therein.

XXII.

The allegations contained in paragraph 22 are denied for lack of sufficient information upon which to justify a belief therein.

XXIII.

The allegations contained in paragraph 23 are denied as written.

XXIV.

The allegations contained in paragraph 24 are denied, in that there is no legal entity known as the Jefferson Parish Sheriff's Office capable of being sued.

XXV.

The allegations contained in paragraph 25 are denied for lack of sufficient information upon which to justify a belief therein.

XXVI.

The allegations contained in paragraph 26 are denied for lack of sufficient information upon which to justify a belief therein.

XXVII.

The allegations contained in paragraph 27 are denied for lack of sufficient information upon which to justify a belief therein.

XXVIII.

The allegations contained in paragraph 28 are denied for lack of sufficient information upon which to justify a belief therein.

XXIX.

The allegations contained in paragraph 29 are denied for lack of sufficient information upon which to justify a belief therein.

XXX.

The allegations contained in paragraph 30 are denied for lack of sufficient information upon which to justify a belief therein.

XXXI.

The allegations contained in paragraph 31 are denied for lack of sufficient information upon which to justify a belief therein.

XXXII.

The allegations contained in paragraph 32 are denied for lack of sufficient information upon which to justify a belief therein.

XXXIII.

The allegations contained in paragraph 33 are denied for lack of sufficient information upon which to justify a belief therein.

XXXIV.

The allegations contained in paragraph 34 are denied for lack of sufficient information upon which to justify a belief therein.

XXXV.

The allegations contained in paragraph 35 are denied for lack of sufficient information upon which to justify a belief therein.

XXXVI.

The allegations contained in paragraph 36 are denied for lack of sufficient information upon which to justify a belief therein.

XXXVII.

The allegations contained in paragraph 37 are denied for lack of sufficient information upon which to justify a belief therein.

XXXVIII.

The allegations contained in paragraph 38 are denied for lack of sufficient information upon which to justify a belief therein.

XXXIX.

The allegations contained in paragraph 39 are denied for lack of sufficient information upon which to justify a belief therein.

XL.

The allegations contained in paragraph 40 are denied for lack of sufficient information upon which to justify a belief therein.

XLI.

The allegations contained in paragraph 41 are denied for lack of sufficient information upon which to justify a belief therein.

XLII.

The allegations contained in paragraph 42 are denied for lack of sufficient information upon which to justify a belief therein.

XLIII.

The allegations contained in paragraph 43 are denied for lack of sufficient information upon which to justify a belief therein.

XLIV.

The allegations contained in paragraph 44 are denied for lack of sufficient information upon which to justify a belief therein.

XLV.

The allegations contained in paragraph 45 are denied for lack of sufficient information upon which to justify a belief therein.

XLVI.

The allegations contained in paragraph 46 are denied for lack of sufficient information upon which to justify a belief therein.

XLVII.

The allegations contained in paragraph 47 are denied for lack of sufficient information upon which to justify a belief therein.

XLVIII.

The allegations contained in paragraph 48 are denied for lack of sufficient information upon which to justify a belief therein.

XLIX.

The allegations contained in paragraph 49 are denied for lack of sufficient information upon which to justify a belief therein.

L.

The allegations contained in paragraph 50 are denied for lack of sufficient information upon which to justify a belief therein.

LI.

The allegations contained in paragraph 51 are denied for lack of sufficient information upon which to justify a belief therein.

LII.

The allegations contained in paragraph 52 are denied for lack of sufficient information upon which to justify a belief therein.

LIII.

The allegations contained in paragraph 53 are denied for lack of sufficient information upon which to justify a belief therein.

LIV.

The allegations contained in paragraph 54 are denied for lack of sufficient information upon which to justify a belief therein.

LV.

The allegations contained in paragraph 55 are denied for lack of sufficient information upon which to justify a belief therein.

LVI.

The allegations contained in paragraph 56 are denied for lack of sufficient information upon which to justify a belief therein.

LVII.

The allegations contained in paragraph 57 are denied for lack of sufficient information upon which to justify a belief therein.

LVIII.

The allegations contained in paragraph 58 are denied for lack of sufficient information upon which to justify a belief therein.

LIX.

The allegations contained in paragraph 59 are denied for lack of sufficient information upon which to justify a belief therein.

LX.

The allegations contained in paragraph 60 are denied for lack of sufficient information upon which to justify a belief therein.

LXI.

The allegations contained in paragraph 61 are denied for lack of sufficient information upon which to justify a belief therein.

LXII.

The allegations contained in paragraph 62 are denied for lack of sufficient information upon which to justify a belief therein.

LXIII.

The allegations contained in paragraph 63 are denied for lack of sufficient information upon which to justify a belief therein.

LXIV.

The allegations contained in paragraph 64 are denied for lack of sufficient information upon which to justify a belief therein.

LXV.

The allegations contained in paragraph 65 are denied for lack of sufficient information upon which to justify a belief therein.

LXVI.

The allegations contained in paragraph 66 are denied for lack of sufficient information upon which to justify a belief therein.

LXVII.

The allegations contained in paragraph 67 are denied for lack of sufficient information upon which to justify a belief therein.

LXVIII.

The allegations contained in paragraph 68 are denied for lack of sufficient information upon which to justify a belief therein.

LXIX.

The allegations contained in paragraph 69 are denied for lack of sufficient information upon which to justify a belief therein.

LXX.

The allegations contained in paragraph 70 are denied for lack of sufficient information upon which to justify a belief therein.

LXXI.

The allegations contained in paragraph 71 are denied for lack of sufficient information upon which to justify a belief therein.

LXXII.

The allegations contained in paragraph 72 are denied for lack of sufficient information upon which to justify a belief therein.

LXXIII.

The allegations contained in paragraph 73 are denied for lack of sufficient information upon which to justify a belief therein.

LXXIV.

The allegations contained in paragraph 74 are denied for lack of sufficient information upon which to justify a belief therein.

LXXV.

The allegations contained in paragraph 75 are denied for lack of sufficient information upon which to justify a belief therein.

LXXVI.

The allegations contained in paragraph 76 are denied for lack of sufficient information upon which to justify a belief therein.

LXXVII.

The allegations contained in paragraph 77 are denied for lack of sufficient information upon which to justify a belief therein.

LXXVIII.

The allegations contained in paragraph 78 are denied for lack of sufficient information upon which to justify a belief therein.

LXXIX.

The allegations contained in paragraph 79 are denied for lack of sufficient information upon which to justify a belief therein.

LXXX.

The allegations contained in paragraph 80 are denied for lack of sufficient information upon which to justify a belief therein.

LXXXI.

The allegations contained in paragraph 81 are denied for lack of sufficient information upon which to justify a belief therein.

LXXXII.

The allegations contained in paragraph 82 are admitted.

LXXXIII.

The allegations contained in paragraph 83 are denied.

LXXXIV.

The allegations contained in paragraph 84 are denied.

LXXXV.

The allegations contained in paragraph 85 are denied for lack of sufficient information upon which to justify a belief therein.

LXXXVI.

The allegations contained in paragraph 86 are denied.

LXXXVII.

The allegations contained in paragraph 87 are denied.

LXXXVIII.

The allegations contained in paragraph 88 are denied for lack of sufficient information upon which to justify a belief therein.

LXXXIX.

The allegations contained in paragraph 89 are denied.

XC.

The allegations contained in paragraph 90 are denied.

XCI.

The allegations contained in paragraph 91 are denied.

XCII.

The allegations contained in paragraph 92 are denied.

XCIII.

The allegations contained in paragraph 93 are denied.

XCIV.

The allegations contained in paragraph 94 are denied for lack of sufficient information upon which to justify a belief therein.

XCV.

The allegations contained in paragraph 95 are denied.

XCVI.

The allegations contained in paragraph 96 are denied.

XCVII.

The allegations contained in paragraph 97 are denied.

XCVIII.

The allegations contained in paragraph 98 are denied.

XCIX.

The allegations contained in paragraph 99 are denied.

C.

The allegations contained in paragraph 100 are denied for lack of sufficient information upon which to justify a belief therein.

CI.

The allegations contained in paragraph 101 are denied for lack of sufficient information upon which to justify a belief therein.

CII.

The allegations contained in paragraph 102 are denied for lack of sufficient information upon which to justify a belief therein.

CIII.

The allegations contained in paragraph 103 are denied.

CIV.

The allegations contained in paragraph 104 are denied for lack of sufficient information upon which to justify a belief therein.

CV.

The allegations contained in paragraph 105 are denied.

CVI.

The allegations contained in paragraph 106 are denied as written.

CVII.

The allegations contained in paragraph 107 are denied for lack of sufficient information upon which to justify a belief therein.

CVIII.

The allegations contained in paragraph 108 are denied.

CIX.

The allegations contained in paragraph 109 are denied as written.

CX.

The allegations contained in paragraph 110 are denied for lack of sufficient information upon which to justify a belief therein.

CXI.

The allegations contained in paragraph 111 are denied for lack of sufficient information upon which to justify a belief therein.

CXII.

The allegations contained in paragraph 112 are denied for lack of sufficient information upon which to justify a belief therein.

CXIII.

The allegations contained in paragraph 113 are denied for lack of sufficient information upon which to justify a belief therein.

CXIV.

The allegations contained in paragraph 114 are denied for lack of sufficient information upon which to justify a belief therein.

CXV.

The allegations contained in paragraph 115 are denied.

CXVI.

The allegations contained in paragraph 116 are denied.

CXVII.

The allegations contained in paragraph 117 are denied.

CXVIII.

The allegations contained in paragraph 118 are denied for lack of sufficient information upon which to justify a belief therein.

CXIX.

The allegations contained in paragraph 119 are denied.

CXX.

The allegations contained in paragraph 120 are denied for lack of sufficient information upon which to justify a belief therein.

CXXI.

The allegations contained in paragraph 121 are denied for lack of sufficient information upon which to justify a belief therein.

CXXII.

The allegations contained in paragraph 122 are denied.

CXXIII.

The allegations contained in paragraph 123 are denied.

CXXIV.

The allegations contained in paragraph 124 are denied for lack of sufficient information upon which to justify a belief therein.

CXXV.

The allegations contained in paragraph 125 are denied as written.

CXXVI.

The allegations contained in paragraph 126 are admitted.

CXXVII.

The allegations contained in paragraph 127 are denied for lack of sufficient information upon which to justify a belief therein.

CXXVIII.

The allegations contained in paragraph 128 are denied for lack of sufficient information upon which to justify a belief therein.

CXXIX.

The allegations contained in paragraph 129 are denied for lack of sufficient information upon which to justify a belief therein.

CXXX.

The allegations contained in paragraph 130 are denied for lack of sufficient information upon which to justify a belief therein.

CXXXI.

The allegations contained in paragraph 131 are admitted.

CXXXII.

The allegations contained in paragraph 132 are admitted.

CXXXIII.

The allegations contained in paragraph 133 are denied for lack of sufficient information upon which to justify a belief therein.

CXXXIV.

The allegations contained in paragraph 134 are admitted.

CXXXV.

The allegations contained in paragraph 135 are denied for lack of sufficient information upon which to justify a belief therein.

CXXXVI.

The allegations contained in paragraph 136 are admitted.

CXXXVII.

The allegations contained in paragraph 137 are denied for lack of sufficient information upon which to justify a belief therein.

CXXXVIII.

The allegations contained in paragraph 138 are denied for lack of sufficient information upon which to justify a belief therein.

CXXXIX.

The allegations contained in paragraph 139 are denied for lack of sufficient information upon which to justify a belief therein.

CXL.

The allegations contained in paragraph 140 are denied for lack of sufficient information upon which to justify a belief therein.

CXLI.

The allegations contained in paragraph 141 are denied for lack of sufficient information upon which to justify a belief therein.

CXLII.

The allegations contained in paragraph 142 are denied for lack of sufficient information upon which to justify a belief therein.

CXLIII.

The allegations contained in paragraph 143 are denied for lack of sufficient information upon which to justify a belief therein.

CXLIV.

The allegations contained in paragraph 144 are denied for lack of sufficient information upon which to justify a belief therein.

CXLV.

The allegations contained in paragraph 145 are denied for lack of sufficient information upon which to justify a belief therein.

CXLVI.

The allegations contained in paragraph 146 are denied for lack of sufficient information upon which to justify a belief therein.

CXLVII.

The allegations contained in paragraph 147 are denied for lack of sufficient information upon which to justify a belief therein.

CXLVIII.

The allegations contained in paragraph 148 are denied for lack of sufficient information upon which to justify a belief therein.

CXLIX.

The allegations contained in paragraph 149 are denied for lack of sufficient information upon which to justify a belief therein.

CL.

The allegations contained in paragraph 150 are denied for lack of sufficient information upon which to justify a belief therein.

CLI.

The allegations contained in paragraph 151 are denied for lack of sufficient information upon which to justify a belief therein.

CLII.

The allegations contained in paragraph 152 are denied for lack of sufficient information upon which to justify a belief therein.

CLIII.

The allegations contained in paragraph 153 require no answer; however, in an abundance of caution, those allegations are denied.

CLIV.

The allegations contained in paragraph 154 are denied for lack of sufficient information upon which to justify a belief therein.

CLV.

The allegations contained in paragraph 155 are denied for lack of sufficient information upon which to justify a belief therein.

CLVI.

The allegations contained in paragraph 156 require no answer.

CLVII.

The allegations contained in paragraph 157 require no answer.

CLVIII.

The allegations contained in paragraph 158 are denied for lack of sufficient information upon which to justify a belief therein.

CLIX.

The allegations contained in paragraph 159 are denied for lack of sufficient information upon which to justify a belief therein.

CLX.

The allegations contained in paragraph 160 are denied for lack of sufficient information upon which to justify a belief therein.

CLXI.

The allegations contained in paragraph 161 are denied for lack of sufficient information upon which to justify a belief therein.

CLXII.

The allegations contained in paragraph 162 are denied for lack of sufficient information upon which to justify a belief therein.

CLXIII.

The allegations contained in paragraph 163 are denied for lack of sufficient information upon which to justify a belief therein.

CLXIV.

The allegations contained in paragraph 164 are denied for lack of sufficient information upon which to justify a belief therein.

CLXV.

The allegations contained in paragraph 165 are denied for lack of sufficient information upon which to justify a belief therein.

CLXVI.

The allegations contained in paragraph 166 require no answer; however, in an abundance of caution, those allegations are denied.

CLXVII.

The allegations contained in paragraph 167 are denied.

CLXVIII.

The allegations contained in paragraph 168 require no answer.

CLXIV.

The allegations contained in paragraph 169 are denied for lack of sufficient information upon which to justify a belief therein.

24

CLXX.

The allegations contained in paragraph 170 are denied.

CLXXI.

The allegations contained in paragraph 171 are denied.

CLXXII

The allegations contained in paragraph 172 are denied.

CLXXIII

The allegations contained in paragraph 173 are denied.

CLXXIV

The allegations contained in paragraph 174 are denied.

CLXXV.

The allegations contained in paragraph 175 are denied.

CLXXVI.

The allegations contained in paragraph 176  are denied.

CLXXVII.

The allegations contained in paragraph 177 are denied.

CLXXVIII.

The allegations contained in paragraph 178 are denied.

CLXXIX.

The allegations contained in paragraph 179 are denied.

CLXXX.

The allegations contained in paragraph 180 are denied.

CLXXXI.

The allegations contained in paragraph 181 require no answer; however, in an abundance of caution, those allegations are denied.

CLXXXII.

The allegations contained in paragraph 182 are denied for lack of sufficient information upon which to justify a belief therein.

CLXXXIII.

The allegations contained in paragraph 183 require no answer.

CLXXXIV.

The allegations contained in paragraph 184 are denied.

CLXXXV.

The allegations contained in paragraph 185 are denied.

CLXXXVI.

The allegations contained in paragraph 186 require no answer; however, in an abundance of caution, those allegations are denied.

CLXXXVII.

The allegations contained in paragraph 187 are denied.

CLXXXVIII.

The allegations contained in paragraph 188 are denied.

CLXXXIX.

The allegations contained in paragraph 189 are denied for lack of sufficient information upon which to justify a belief therein.

CXC.

The allegations contained in paragraph 190 are denied for lack of sufficient information upon which to justify a belief therein.

CXCI.

The allegations contained in paragraph 191 are denied.

CXCII.

The allegations contained in paragraph 192 are denied.

CXCIII.

The allegations contained in paragraph 193 require no answer; however, in an abundance of caution, those allegations are denied.

CXCIV.

The allegations contained in paragraph 194 are denied.

CXCV.

The allegations contained in paragraph 195 are denied.

CXCVI.

The allegations contained in paragraph 196 are denied.

CXCVII.

The allegations contained in paragraph 197 are denied.

CXCVIII.

The allegations contained in paragraph 198 are denied.

CXCIX.

The allegations contained in paragraph 199 require no answer; however, in an abundance of caution, those allegations are denied.

CC.

The allegations contained in paragraph 200 are denied for lack of sufficient information upon which to justify a belief therein.

CCI.

The allegations contained in paragraph 201 are denied for lack of sufficient information upon which to justify a belief therein.

CCII.

The allegations contained in paragraph 202 are denied.

CCIII.

The allegations contained in paragraph 203 are denied.

CCIV.

The allegations contained in paragraph 204 are denied.

CCV.

The allegations contained in paragraph 205 are denied.

CCVI.

The allegations contained in paragraph 206 are denied.

CCVII.

The allegations contained in paragraph 207 are denied.

CCVIII.

The allegations contained in paragraph 208 are denied.

CCIX.

The allegations contained in paragraph 209 are denied.

CCX.

The allegations contained in paragraph 210 require no answer; however, Defendant joins with Plaintiffs in requesting trial by jury on all issues herein.

CCXI.

Further answering, Defendant respectfully suggests that at no time prior to the officer in question coming into contact with the Plaintiffs' minor child were they ever notified that the minor child suffered from any disability as would be covered by the Americans With Disabilities Act or Title II.

CCXII.

Further answering, Defendant respectfully suggests that at no time prior to or during the incident in question did anyone ever request any type of accommodation for the alleged disability of the Plaintiffs' minor child.

CCXIII.

Defendant avers that the sole and proximate cause of any damages and/or injuries allegedly sustained by the Plaintiffs and/or Plaintiffs' minor in connection with the incident sued upon were the actions and inactions of the Plaintiffs' minor which actions and/or inactions are pled in bar of/reduction of any recovery herein.

CCXXIV.

Defendant suggests that the Americans With Disabilities Act and Title II are not applicable to on-the-street responses of law enforcement officers responding to disturbances such as the one in question herein.

**WHEREFORE,** Defendant, Sheriff Joseph P. Lopinto, III, prays that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in

favor of Defendant, Sheriff Joseph P. Lopinto, III, and against the Plaintiffs, Ashley Hutchinson-

Harper and Terry Harper, on behalf of minor child, J.H., dismissing the Plaintiffs' Complaint,

with prejudice, and at Plaintiffs' costs.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone:  (504) 834-7676
Facsimile:  (504) 834-5409
E-mail: danny@martinylaw.com
          jeff@martinylaw.com

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (9012)**
**JEFFREY D. MARTINY (35012)**
Attorneys for Defendant, Sheriff Joseph P.
Lopinto, III

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

*/s/ Daniel R. Martiny*
DANIEL R. MARTINY (9012)