MINUTE ENTRY
PAPILLION, J.
NOVEMBER 2, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEY HUTCHINSON-HARPER, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-1271 |
| JEFFERSON PARISH SCHOOL BOARD, ET AL | SECTION P(4) |

**JURY TRIAL**
(Day 1)
*U.S. District Judge Darrel James Papillion presiding*

COURTROOM DEPUTY: Courtney Ancar
COURT REPORTER: Toni Tusa

APPEARANCES: Charles A. Perry, Betty Yang, Brian Yeh, Hannah Kirshner, Joo H. Lee, Katherine M. Marquart, Nora S. Ahmed, Tiaunia Henry, for Plaintiffs
Olden C. Toups, Jr., Conner R. Toups, for Defendant Jefferson Parish School Board
Daniel R. Martiny, James B. Mullaly, Jeffrey D. Martiny, for Defendant Joseph P. Lopinto, III

Court begins at 8:42 a.m.
Case called and counsel appear for the record.
Preliminary matters with counsel.
Sequestration of witnesses ordered.
Recess 9:10 – 9:20 a.m.
Oath to Petit Jurors on their Voir Dire is administered.
Voir Dire is conducted by the Court.
Recess 10:55 – 11:09 a.m.
The Court continued Voir Dire questioning.
Jury of 8 selected; the remainder of the panel is excused.
Oath to Truly Try is administered.
Preliminary instructions read to jurors.
Jury removed from courtroom.
Recess 1:53 – 3:07 p.m.
Jury returns to the courtroom.
Opening statements presented by Counsel.
Jury removed from Courtroom at 4:51 p.m.
Court recessed at 4:55 p.m., to reconvene on Tuesday, November 3, 2026, at 9:00 a.m.
Notice of Removal of Exhibits attached.

JS-10: 06:35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEY HUTCHINSON-HARPER, ET AL | CIVIL ACTION |
| VERSUS | NO. 22-1271 |
| JEFFERSON PARISH SCHOOL BOARD, ET AL | SECTION P(4) |

**NOTICE FOR REMOVAL OF EXHIBITS**

Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 35 days from final disposition of the case.

LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 35 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 35 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

Distributed this 2nd day of November 2026.

BY: s/Courtney Ancar
Case Manager

*THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBITS*